# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**JOSE JAVIER VEGA PINEIRO**　　　　　　　　　　Case No.　20-03847-MCF

　　　　　　　　　　　　　　Chapter 13　　Attorney Name:　ROBERTO FIGUEROA CARRASQUILLO*

---

**I. Appearances**

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose

[ ] Appearing:

**Date & Time:**　11/4/2020　1:00:00AM

[X] R　　[ ] NR　　LV:　tbd

[ ] This is debtor(s) 0 Bankruptcy filing.

**Creditors:**

None

---

**II. Oath Administered**

　　[X] Yes　　　　[ ] No

---

**III. Plan**

Date:　09/29/2020　　　Base:　$13,740.00　　Payments 1 made out of 1 due.

Confirmation Hearing Date:　12/4/2020　1:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

　$4,000.00　-　$228.00　=　$3,772.00

---

**IV. Status of Meeting**

[X] Closed　　　[ ] Not Held　　　[ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

---

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

JOSE JAVIER VEGA PINEIRO

Case No.   20-03847-MCF

Chapter 13    Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [ ] Tax returns missing |
| | [ ] State  - years |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | [ ] Federal  - years |
| [ ] Insuarence quote | |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| | [ ] Premises |
| [ ] Evidence of income | [ ] Vehicle(s): |
| | [ ] Licenses issued by: |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

JOSE JAVIER VEGA PINEIRO

Case No. 20-03847-MCF

Chapter 13    Attorney Name: ROBERTO FIGUEROA CARRASQUILLO*

**Trustee's objection to confirmation**

[ ] Objection to Confirmation
[ ] Oral objection by creditor

ACP: 3   Household size: 4

Plan: 229 x 60 = 13,740

G.U. 15%

1. Although debtor's residence has 2 liens, the property had improvements after Hurricane Maria. Now the property is in concrete, has new doors, windows and kitchen cabinets, among other improvements. Debtor will provide documentation to sustain value of property. This may impact the liquidation value of the case.

The following party(ies) object(s) confirmation:

s/Osmarie Navarro        Date: 11/04/2020

Trustee/Presiding Officer        (Rev. 05/13)