IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**JOSE JAVIER VEGA PINEIRO**

DEBTOR(S)

CASE NO. **20-03847-MCF**

CHAPTER 13

**TRUSTEE'S OBJECTION TO CLAIM NUMBER 12
FILED BY FIRST BANK PUERTO RICO
NOTICE AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

COMES NOW, Alejandro Oliveras Rivera, Chapter 13 Trustee, who most respectfully, STATES and PRAYS as follows:

1. On November 16, 2021, claim number 12 was filed by FIRST BANK PUERTO RICO, in the amount of $72,844.27. The Trustee objects to this claim under the following grounds:

   - Pursuant to FBRP 3002(c), the time for filing a proof of claim transpired before the claim was filed.

2. The "Servicemembers Civil Relief Act" affidavit is not necessary since claimant is not an individual. LBR 3007-1 and 9013-1(c)(4).

WHEREFORE, for the reasons stated above, it is respectfully requested from this Honorable Court to **disallow** the aforementioned claim.

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may schedule a hearing.

CASE: 20-03847-MCF
TRUSTEE'S OBJECTION TO CLAIM NUMBER 12
Page | 2

CERTIFICATE OF SERVICE: I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non ECF/CM participants: debtor(s), **FIRST BANK PUERTO RICO, MARTINEZ & TORRES LAW OFFICE, PSC, PO BOX 192938, SAN JUAN, PR 00919-2938** and parties in interest that have filed notices of appearance, included in the service list attached to the original hereof.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 18th day of November, 2021.

/s/ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR, 00902-4062
PHONE: 787-977-3500
FAX: 787-977-3521
CCC-SVR

20-03847-MCF

# CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

FIRSTBANK  
PRESTAMOS HIPOTECARIOS  
PO BOX 9146  
SAN JUAN, PR  00908 -0146

FIRSTBANK PUERTO RICO  
MARTINEZ AND TORRES LAW OFFICES PSC  
C/O PARTICIA I VARELA HARRISON ESQ  
PO BOX 192938  
SAN JUAN, PR  00919 -2938

FIRSTBANK  
PRESTAMOS HIPOTECARIOS  
PO BOX 9146  
SAN JUAN, PR  00908 -0146

JOSE JAVIER VEGA PINEIRO  
HC8 BOX 38871  
CAGUAS, PR  00725-9422

ROBERTO FIGUEROA CARRASQUILLO*  
R FIGUEROA CARRASQUILLO LAW OFFICE PSC  
PO BOX 186  
CAGUAS, PR  00726-0186

DATED:  November 18, 2021

/s/OLGA LOPEZ  
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1      - CASE NO   20-03847-MCF